REBECCA PORTIS AND ANOTHER v. SAMUEL A. CUUMMINGS.

Where a party receives money as guardian, he is not allowed to disclaim the character in which he acted to avoid payment to the party entitled to it.

Appeal from Austin. Tried below before the Hon. C. W. Buckley.

Rebecca Portis, representing herself as guardian of Samuel A. Cummings, demanded and received from P. D. McNeil, a former guardian, a sum of money due by said McNeil, and this suit was brought to recover it.

Appellant pleaded coverture and limitation.

Verdict and judgment for appellee. Motion for new trial overruled.

*D. Y. Portis*, for appellant.

*J. B. Jones*, for appellee.

WHEELER, J. It is immaterial, for the purposes of the present suit, whether Mrs. Portis was the rightful guardian of the plaintiff or not. If not, having sued for and recovered the plaintiff's money in that character, she cannot, by disclaiming the relation of guardian, retain it; and thus take advantage of her own wrong. If a rightful guardian, now that the plaintiff is of age, her authority as guardian must cease, and she must account to her ward for his money in her hands. There manifestly is no error in the judgment, and it is affirmed

Judgment affirmed.